FILED

AUG 1 8 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25 CR - 294 JFH |
| Plaintiff, | INDICTMENT |
| v. | [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute; |
| JIMMY RAY SPENCER, | Forfeiture Allegation: 21 U.S.C. § 853 – Drug Forfeiture] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about August 5, 2025, in the Northern District of Oklahoma, the defendant, **JIMMY RAY SPENCER**, knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION
[21 U.S.C. § 853]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of the offense alleged in this Indictment, as a part of his sentence, the defendant, **JIMMY RAY SPENCER**, shall forfeit to the United States, any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violation and any property, real or personal, that was used or intended to be used to commit or to facilitate the violation of federal law. The property to be forfeited includes, but is not limited to:

**CURRENCY**

Approximately $9,657 in United States currency;

All pursuant to Title 21, United States Code, Section 853.

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
DAVID A. NASAR  
Assistant United States Attorney

/s/ *Grand Jury Foreperson*  
Grand Jury Foreperson