

AO 442 (Rev. 10/13) Arrest Warrant

**FILED**

AUG 2 5 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

USMS-N/OK RCVD:
AUG 19 2025 PM 1:14

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 25 CR - 2 9 4 JFH |
| JIMMY RAY SPENCER | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JIMMY RAY SPENCER,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) – Possession of Methamphetamine with Intent to Distribute
21 U.S.C. § 853 – Drug Forfeiture

Date: AUG 1 9 2025

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Heidi D. Campbell, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8-20-2025, and the person was arrested on *(date)* 8-21-2025
At *(city and state)* TULSA, OK
Date: 8-21-2025

*Arresting officer's signature*

EVAN FOSTER DEA TFO
*Printed name and title*

DAN/kj