# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-CR-294-JFH |
| JIMMY RACY SPENCER, | |
| Defendant. | |

**Joint Motion for Continuance of Jury Trial**

David A. Nasar, Assistant United States Attorney, and Jimmy Ray Spencer by and through his counsel, Jason Lollman, move the Court to continue the jury trial set for October 14, 2025. In support of this motion, the parties offer as follows:

1. On August 18, 2025, a Grand Jury voted an indictment charging the defendant with Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii). Spencer was arraigned on August 21, 2025.

2. The parties are engaged in plea negotiations and believe that this case can be resolved without the need for a jury trial. Additional time is needed to resolve this case. The public interest in a speedy trial is outweighed by the parties' expectation that this case can be resolved without a trial.

3. In addition, in March 2025, the assigned Assistant United States Attorney purchased tickets for a trip outside the United States during the week of October 13,

2025.

4. On August 25, 2025, the Court scheduled the jury trial for October 14, 2025.

5. The parties request a continuance pursuant to 18 U.S.C. § 3161(h) which provides that certain "periods of delay shall be excluded . . . in computing the time within which the trial of any such offense must commence." Among those periods of delay excluded are periods "resulting from a continuance granted by a judge . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interests of the public and the defendant in speedy trial." 18 U.S.C. §3161(h)(7)(A). The Court may grant such a continuance to avoid a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

6. Accordingly, the parties request a continuance of the jury trial for the reasons stated and not for the purpose of delay, or any improper purpose.

WHEREFORE, the parties respectfully request that the Court grant a continuance of the currently scheduled jury trial and the issuance of a new scheduling order moving the jury trial to November 2025, or any day thereafter then that is convenient for the Court.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ David A. Nasar*
David A. Nasar, NY Reg. # 4222568
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

*/s/ Jason Lollman*
Jason Lollman, OBA# 32052
*(Signed by Filing Attorney with permission of Non-Filing Attorney)*
1 West 3rd Street
Tulsa, Oklahoma 74103

**Certificate of Service**

I hereby certify that on the 2nd day of September 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants for this matter:

Jason Lollman
*Defense Counsel*

*/s/ David A. Nasar*
David A. Nasar
Assistant United States Attorney